## Braxton v. The State.

Appeal from the Circuit Court of Geneva.

Tried before Hon. John R. Tyson.

R. H. Walker, for appellant.

Wм. C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted of arson. Judgment affirmed.
Opinion by Coleman, J.